# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

**ROGER W. TITUS**                                                               **6500 CHERRYWOOD LANE**
**UNITED STATES DISTRICT JUDGE**                                  **GREENBELT, MARYLAND 20770**
                                                                                                              **301-344-0052**

## M E M O R A N D U M

TO:          Counsel of Record

FROM:     Judge Roger W. Titus

RE:         *United States of America v. Mahdi Lawson*
              Criminal No. RWT-13-0702

DATE:     September 23, 2014

\* \* \* \* \* \* \* \* \*

       Due to a conflict in the Court's calendar, the telephone status conference currently scheduled for October 20, 2014 at 5:00 p.m. is hereby **RESCHEDULED** to **October 20, 2014 at 2:00 p.m.**

       Despite the informal nature of this ruling, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

                                                                                       /s/
                                                                 Roger W. Titus
                                                                 United States District Judge